GALAT PACKING COMPANY v. C. E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.

No. 7198.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1936.

Rockwell, Grant, Doolittle, Thomas & Buckingham, of Akron, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

Merrill GILLAND, as Special Administrator, etc., Appellant, v. S. C. JOHNSON & SON, Inc.

No. 10429.

Circuit Court of Appeals, Eighth Circuit.

May 4, 1936.

Albert D. Flor and H. H. Flor, both of New Ulm, Minn., for appellant.

Carl W. Cummins, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal dismissed, at costs of appellant, on motion of appellee.

Selden R. GLENN, Individually and as Collector of Internal Revenue for the District of Kentucky and Mac Swinford, United States Attorney for the Eastern District of Kentucky, v. W. E. PENN, Frank Penn, and Oscar Penn, Partners Doing Business under the Name and Style of Penn Brothers.

No. 7199.

Circuit Court of Appeals, Sixth Circuit.

April 8, 1936.

For opinion below, see 10 F.Supp. 483.

Bunk Gardner, U. S. Atty., of Louisville, Ky., for appellants.

Stoll, Muir, Townsend & Park, of Lexington, Ky., for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

Edward GOODREAU v. UNITED STATES of America.

No. 7330.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Denis McGinn, of Escanaba, Mich., for appellant.

Jos. M. Donnelly, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM.

Docketed and dismissed on court's own motion.